IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,          )
                                   )
      Plaintiff,                   )
                                   )
  vs.                              )          Case 25-CR-259-MLG
                                   )
**NEILL ELSMAN**,                  )
                                   )
      Defendant.                   )

**ORDER GRANTING REQUEST FOR LEAVE
TO APPEAR VIRTUALLY AT STATUS HEARING**

THIS MATTER comes before the Court on the Defendant's request for counsel to appear virtually at the May 20, 2026 Status Hearing, and having reviewed the request, FINDS that this request is well taken and should be granted.

IT IS THEREBY ORDERED that defense counsel be allowed to appear virtually at the May 20, 2026 Status Hearing.

_____
HONORABLE MATTHEW GARCIA
UNITED STATES DISTRICT JUDGE